UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RUTH WILLIAMS, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:22-cv-00216-SEP |
| v. | ) |
| | ) |
| CENTENE CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order issued this day,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice.

Dated this 31st day of March, 2023.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE